**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ Second  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Valda Ann Robinson       JOINT DEBTOR: _____       CASE NO: 13-20742
Last Four Digits of SS#: xxx-xx-9812       Last Four Digits of SS#: _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date. Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A.  $ __958.98__ for months ___1___ to ___60___ ;
B.  $ _____ for months ___ to ___ ;
C.  $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,500.00__  TOTAL PAID  $ __3,500.00__
Balance Due    - $ __-NONE-__ payable $ _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

-NONE-                     Arrearage on Petition Date  $ _____
Address: _____        Arrears Payment            $ _____ /month (Months __ to __)
Account No: _____     Regular Payment            $ _____ /month (Months __ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ |  to  | |

Priority Creditors: as defined in 11 U.S.C. §507_

-NONE-        Total Due   $ _____
              Payable     $ _____ /month (Months ___ to ___)  Regular Payment $ _____

Unsecured Creditors: Pay $863.08 /month (Months 1 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Toyota Lease Trust       Motor Vehicle Lease on a 2013 Lexus RX350, VIN: 2T2ZK1BA6DC099279, Account
                         No. 40772DV973, Opened 10/01/12, 48 Month Lease

**The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

**If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors.**

**No current payments shall be made by the trustee for Chase secured by the debtor's real property and Toyota Lease Trust on the debtor's vehicle lease payments as they will be paid by the debtor directly, outside of the plan.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Valda Ann Robinson

**Valda Ann Robinson**
Debtor

Date: **July 15, 2013**